IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY VANCE WICKMAN, § | | |
| ID # 062915, § | | |
| Petitioner, § | | |
| § | | |
| v. § | No. 3:24-CV-2279-K-BW | |
| § | | |
| NAVARRO COUNTY JAIL, § | | |
| Respondent. § | | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Petitioner's *Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241*, received on September 30, 2024 (Dkt. No. 6), will be **DISMISSED** without prejudice for failure to exhaust state remedies by separate judgment.

SO ORDERED.

Signed November 27th, 2024.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE